<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7266**

_____

NORMAN LINDSEY MAYES,

Plaintiff - Appellant,

versus

KEVIN CAREY, Officer; THOMAS LAUE, Sergeant,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-99-
3467-L)

_____

Submitted:  November 7, 2000          Decided:  November 21, 2000

_____

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman Lindsey Mayes, Appellant Pro Se.  William Davidson Evans,
Jr., Senior Assistant County Attorney, Linda M. Schuett, Michele
Dane Jaklitsch, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Mary-
land, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norman Lindsey Mayes appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mayes v. Carey, No. CA-99-3467-L (D. Md. May 25 and Aug. 3, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986). Although the district court's orders are stamped "filed" on May 23 and August 2, 2000, the district court's docket sheet discloses that they were entered on the docket on May 25 and August 3, 2000.